**Order entered November 28, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00957-CV

### KENNETH LEO BUHOLTZ, Appellant

### V.

### GREGG GIBBS AND CHARLES PHILIPS, Appellees

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01275-2016**

## ORDER

Before the Court is appellant's November 26, 2018 motion for extension of time to file amended brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 31, 2018.

                                       /s/      DAVID EVANS
                                                   JUSTICE